UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GARY L. VARNAM,<br><br>        Plaintiff,<br><br>   v.<br><br>LINDA S. McMAHON,<br>Commissioner of Social Security,<br><br>        Defendant. | NO. CV-06-3010-CI<br><br>**JUDGMENT IN A CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion for Summary Judgment dismissal is **GRANTED**. Plaintiff's Complaint and claims are **DISMISSED WITH PREJUDICE**. Judgment is entered for Defendant.

DATED this 21st day of February, 2006.

                                                JAMES R. LARSEN<br>
                                                District Court Executive/Clerk

                                                s/ L. Stejskal<br>
                                                Deputy Clerk